## LIDGETT ag^t SMITH

Elisabeth Lidgett Executrix of the Last will & Testam^t of the late m^r Peter Lidgett or her Attourny plaint. ag^t John Smith Merch^t Defend^t in an action of debt of ten pounds Seven Shillings and a penny due by booke as per adjustm^t of Acco^t with the s^d Peter Lidgett on the. 31° day of March. 1676. as per Evidence thereto may appeare with all due damages &c. . . . The Jury . . . found for the plaint. Ten pounds Seven Shillings & one penny in mony and costs of Court grant^d twenty three Shillings eight pence. The Defend^t appealed from this Judgem^t unto the next Court of Assistants who gave bond with Sureties for the prosecut^n thereof to Effect.

[ S. F. 1692.3

Iohn Smith his reasons of appeale from y^e Judgement of a County Court held at Boston Ianuary 29. 1677. in an action commenced ag^st him by m^rs Eliz: Leigett Executrix to m^r Peter Leigett deceased

1st Because the then plaintiffe sues for Ten pounds seven Shillings and a penny, due by booke as per adjustment of acc^t The 31^th of of March 1676 [&c] and produced not y^e booke of acc^ts Vpon which any such adjustment was made, nor any perticular Acc^t extracted thence, to leave w^th y^e Jury as matter of Evidence, Although The Appeal^t often demanded that the Bookes of y^e deceased wherein The Appeal^ts acc^t was placed might be brought into Court. That soe the Appeal^t might have Assign'd or Evinced the Error. vpon y^e supposed Adjustment, Or, That m^r Charles Leigett, or M^r Deering might have Verifyed theyre Evidence, & demonstrated that theire Evidence contained the whole Truth relating to y^e Case — And as it is Vsuall in all Courtes where Actions Vpon acc^ts or Adjustm^ts of acc^ts by booke; are entertain'd: soe is it Absolutelie necessary, where Bookes are not burnt or lost, that the bookes be prodused — That soe they may be examined: Mistakes Vpon acc^t (though a ballance be ignorantly Jnconsiderately or Vpon a Supposition owned, being noe payment (Errors in acc^ts being allways excepted). And when they are found though after a ballance or Adjustment: are allwayes allowed Either by the ingenuitie of y^e partye or y^e

sentence of the Judge. Now. Had m$^r$ Leigetts' Leiger & Cash Book, been produced The appeal$^t$ concieves hee could have readilie demonstrated a materiall mistake, as well in m$^r$ Charles Leigetts & m$^r$ Deerings oathes Viz$^t$ that the 10$^l$ now in controversie was not more Then y$^e$ Appealt. had Creditt for in those bookes, The Appeal$^t$ presumeing that his Creditt standes faire in y$^e$ s$^d$ bookes (if not Vnjustlie altered) for that Ten poundes. Viz$^t$ for 130$^{lb}$ whereas m$^r$ Charles Leigett in an old acc$^t$ brought into Court gave Creditt for noe more then 120$^{lb}$ — This that is allreadye Alledged Jt is humbly supposed may be sufficient to show the Error in the Judgement appealed from; Neither y$^e$ booke of acc$^{ts}$ nor any Exemplification from y$^e$ Same; Vpon w$^{ch}$ the adjustment was made being brought into the Court, Allthough The action had a most necessary reference There Vnto And dependance Thervpon

But for y$^e$ cleare Vnderstanding of This honourd Court & Jurie — The appeal$^t$ holds it needfull to declare the matter Vpon wch the action arose, as to y$^e$ former Court he did brieflie declare. Viz$^t$. The Appeal$^t$ in y$^e$ moneth of 8$^{ber}$ 1674. bought of m$^r$ Peter Leigett Goods, Provisions & Pipe staves, To y$^e$ Value of 533$^{ll}$ 3$^{sh}$ 1$^d$ — for w$^{ch}$ he was to pay in. 6. monthes if Convenientlie hee could M$^r$ Leigett promiseing that hee would not presse the Appeal$^t$ if payment were made in Twelve monthes As the appeal$^t$ if it were needfull can depose, That y$^e$ depon$^t$ payd y$^e$ greatest part of y$^e$ s$^d$ money w$^{th}$ in six monthes, & That the wholl (exept one hundred & twentie poundes was paid in Eight monthes Ten dayés & in three monthes more or lesse the whole payment was Compleated As the Appeal$^t$ Concievd to m$^r$ Leigetts satisfaction by a bill for one hundred & Twentie pounds payable by m$^r$ Violl; But soe it was That m$^r$ Leigett showing Lenitie to m$^r$ Violl recieved not the whole summe soe soon as was expected; And Allsoe found vpon counting 130$^{ll}$ m$^r$ John Coney paid m$^r$ Leigett Ten poundes to be wanting for w$^{ch}$ m$^r$ Charles Leigett gives his reciept to y$^e$ said Coney w$^{ch}$ occasioned some agitation between m$^r$ Peter Leigett & The appeal$^t$ about an Adjustment & m$^r$ Charles Leigett Affirming that hee had recieved noe more then one hundred & Twentye poundes from Coney, And the appeal$^t$ not haveing accounted w$^{th}$ s$^d$ Coney nor taken vp m$^r$ Charles Leigetts reciept, might, vpon the supposition of The truth of m$^r$ Charles Leigetts word, acknowledge the ballance from m$^r$ Violl & himselfe to be. 60$^{ll}$ 7$^{sh}$ 1$^d$ — But if hee did it was Vpon that supposition and noe other groundes, And this will manifestlie appeare if the Court & Jurye please to Compare, The oath given Jnto Court by m$^r$ Leigett with his reciept. The Articles of y$^e$ 29. Aprill 1675 Gives creditt to y$^e$ appeal$^t$ for noe more then 120$^{ll}$ The reciept dated y$^e$ same day for money from y$^e$ same person speakes 130$^£$ And this reciept is owned by m$^r$ Charles Leigett, or Else might have been proved by m$^r$ Coney Otherwise soe that the errour pretended to be adjusted is Evident.

And whereas it was Alleadged that Vpon y$^e$ Consideracion of y$^e$ Ten poundes that miscarried between M$^r$ Coney & m$^r$ Leigett The appeal$^t$ was willing to Allow interest to raise the ballance to y$^e$ summe sworne to. The Appeal$^t$. Answers That it had been necessary for y$^e$ Verifieing that Allegation That y$^e$ bookes had been produced, That soe y$^e$ state of accounts and Summe charged for interest (if any had been) might have Appeared.

But the Appeal$^t$ certainlie Knows that m$^r$ Peter Leigett was a man of more Ingenuitie and worth then to demand, much lesse to Charge Vnreasonable interest, where hee had soe good payment, or if hee had The appeal$^t$ was better informed in a way of Trade, then to promise and Consent to any Interest, or if it

had been practicable to pay interest in such cases, The Appealant should not have consented to y^e summe demanded; The vtmost exaction if any had been due being but about four po[unds] Thirteen shillings. [*The rest is a recapitulation.*]

## S. F. 1692.4

Richard Way Attorney to Eliz^a Lidgett his answers to Iohn Smith his Reasons of Appeale

Whereas In° Smith in his Reasons speakes of the sum of money sued for by book in the last County Court and saith that the book of accounts on which the adjustment was made was not produced —

To put the most Charitable Construction thereon it may rather be imputed to the infirmity of his memory occasioned by his age then from any p^rmeditated designe so boldly to give und^r his hand what the Hon^rd Court and all that were then p^rsent will Contradict him in; for the book was in open Court shewed to the Jury & withall he adds that the book was refused though he himself did often demand it; now it is judged the Case was to be heard by the Bench and Iury the Bench to require or demand what they see necessary in the Case, had there been any difficulty so that I knew not I knew not M^r Smith Looked on himself to have equall Comanding or demaunding power with the Judges of the Court in w^ch he putts the stress of his Reasons which is very unreasonable he also saith had the book been there he might have assigned or evinced the errour by Assigning it is supposed according to the meaning of the word he would have appointed in his behalf or substituted another to pay his debt, being a grievous thing to do himself w^ch is y^e only Error he so much stumbles at his Creditor seeking her right of him,

As for what he saith about the evidence of M^r Henry Deering & Charles Lidgett it needs no demonstration before there is an accusation

For the other part of his lifeless reason which seems to have an head but no body therefore lifeless for he begins with a first but hath no second or rather like a monster with 2 heads hath two firsts One after another so that the vast bulk or length of them together with thier forme rend^rs them more frightfull to a Iury then evinceing the matter

Further sd Smith saith that He bought of M^r Peter Lidgett a parcell of goods to pay him in 6 monthes which were accordingly entred in ditto Lidgett's books but not added if Conveniently he could & to say that greatest part of the money was paid in 6 monthes and the whole in 8 monthes & 10 dayes shews that M^r Smith knew not how the account stood by an other, nor keeps any books of his owne, and because the money was not pd acording to Contract he adds that he knew better what belongs to trade then to pay forbearance it is an ill signe of not much knowledg in that kind when a man knowes not his owne trade or stock how should then he p^rtend to a generall knowledg of trade for a man to engage paym^t of money when his stock will not bear w^th a Complyance acording to time argues not much und^rstanding neither is it the Custome of merchants

Further the Appeallant speaks of an acc° given into Court but saith not whose acco^t neither owned nor proved nor und^rwritten by any so not pertinent to this Case he speaks of rec^ts & mistakes over & over againe but the matter is not to be as he would have it

£10:7^s:1^d: is sued for due by book from or by such an adjustment haveing no reference to form^r transactions of any kind the book is produced and 2 evidences

positively sworne to the truth of it plainely makeing it a true debt upon w<sup>ch</sup> the form<sup>r</sup> Jury acording to thier oath both by law & evidence grounded thier legall judgment And it is hoped that this Hon<sup>rd</sup> Court and the p<sup>r</sup>sent Iury will see just cause to Confirme the same

per mee Richard Way
Athorney as afforsaid

Depositions, bills of costs, etc., are on file in S. F. 1692. 3–10.

The Court of Assistants (Records, i. 113) reversed the former judgment and found for Smith with 35<i>s</i> 8<i>d</i> costs.]